UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD STORDAHL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE BOEING COMPANY,<br><br>　　　　　Defendant. | Case No.  15-cv-01607-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 26 |

　　　The parties have filed a stipulation of dismissal dated July 22, 2015, stating that they have agreed that all claims against the defendant are dismissed without prejudice.  ECF No. 26.  Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　This case has been dismissed without prejudice.  The Clerk shall close the file.

　　　**IT IS SO ORDERED**.

Dated: July 22, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge