UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD STORDAHL,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY,<br><br>    Defendant. | Case No.  15-cv-01607-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: Dkt. No. 28 |

The parties have filed a stipulation of dismissal dated January 25, 2016, stating that they have agreed to "dismiss all allegations, if any, related to exposure to asbestos on or after December 5, 1980" as to The Boeing Company with prejudice. ECF No. 28.  Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties previously stipulated to dismiss all claims against The Boeing Company without prejudice. ECF No. 26.

All claims related to exposure to asbestos on or after December 5, 1980 as to Boeing are dismissed with prejudice.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated: January 25, 2016

                                        JON S. TIGAR
                                United States District Judge